United States District Court
Southern District of Texas
**ENTERED**
August 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JOHNNETTA PUNCH, | § | |
| *Plaintiff.* | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-cv-37 |
| ADMINISTRATOR BILL NELSON, | § § § | |
| *Defendant.* | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 6, 2022, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A) and (B). *See* Dkt. 9. Judge Edison filed a memorandum and recommendation on July 15, 2022, recommending that the court grant Defendant Administrator Bill Nelson's motion to dismiss (Dkt. 7) for lack of subject matter jurisdiction. *See* Dkt. 12.

On July 29, 2022, Plaintiff Johnnetta Punch timely filed her objections to the memorandum and recommendation. *See* Dkt. 13. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review,

the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)  Judge Edison's memorandum and recommendation (Dkt. 12) is approved and adopted in its entirety as the holding of the court; and

(2)  Administrator Nelson's motion to dismiss (Dkt. 7) is granted.

SIGNED on Galveston Island this 9th day of August 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE